**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                               **JUNE 16, 2026**
**MAGISTRATE JUDGE: DAY**                     **DATE OF PROCEEDINGS**
**COURT REPORTER: DIGITALLY RECORDED**

**TITLE OF CASE:**                               **DOCKET # 3:26-cv-02350(GC)**
DINA ROSE COCUZZA,
V.
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**APPEARANCES:**
Dina Cocuzza, *prose* plaintiff
Alnisa Bell, Esq. for defendant
Nathan Lusignan, Esq., *pro hac* for defendant

**NATURE OF PROCEEDING:** Initial Conference
Virtual initial scheduling conference held.
Scheduling Order to follow.

TIME COMMENCED:     3:39 p.m.
TIME ADJOURNED:     4:15 p.m.                    s/ Christopher Yoos
TOTAL TIME: 36 MINUTES                                  Deputy Clerk