**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

abell@seyfarth.com
**T** (212) 218-5532

www.seyfarth.com

June 24, 2026

**VIA ELECTRONIC FILING**

Honorable J. Brendan Day, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Re:**     *Dina Rose Cocuzza v. The Prudential Insurance Company of America*
        **Case Number: 3:26-cv-02350-GC-JBD**

Dear Judge Day:

    We submit this letter request on behalf of Defendant The Prudential Insurance Company of America ("Prudential"). Pursuant to this Court's June 17, 2026 Text Order, a video settlement conference is scheduled for July 13, 2026 at 10:00 a.m. (ECF No. 20.)

    Attorney Nathan P. Lusignan is counsel for Prudential and admitted *pro hac vice*. Mr. Lusignan has been actively litigating this matter and will be attending the settlement conference. Due to the fact that Mr. Lusignan will be on vacation on July 13, 2026, Prudential respectfully requests the settlement conference be rescheduled to a date after July 13, 2026. On July 17, 2026, Counsel for Prudential communicated with Plaintiff, who indicated her consent to rescheduling the Settlement Conference to an agreeable date. Prudential can be available for the Settlement Conference on July 16, July 30, August 12, and August 13.

    This request is made in good faith and, if granted, would not impact any other scheduled dates or deadlines. We thank the Court for its consideration of this matter.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            s/ *Alnisa S. Bell*
                            Alnisa S. Bell

cc:     All Counsel of Record via ECF

326662439v.2